### DIGBY *v.* THE STATE.

LUMPKIN, P. J. There was no error in the trial, and the evidence was sufficient to warrant the verdict.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted June 16, — Decided July 18, 1902.

Indictment for murder. Before Judge Holden. Jasper superior court. May 17, 1902.

*Greene F. Johnson* and *J. D. Kilpatrick*, for plaintiff in error.

*Boykin Wright*, attorney-general, and *H. G. Lewis*, solicitor-general, contra.